UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANTHONY FORSTER,

            Plaintiff,

v.

                              No. 04-2661-DV

BOBBY REYNOLDS, et al.

            Defendants.

---

## SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

FILING MOTIONS TO JOIN PARTIES: November 30, 2005

FILING MOTIONS TO AMEND PLEADINGS: November 30, 2005

FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND: March 1, 2006

COMPLETING ALL DISCOVERY pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37: December 30, 2005

    This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This order will not be modified except upon showing of good cause.

    It is SO ORDERED this 23rd day of August, 2005.

                                          /s/ Diane K. Vescovo
                                          DIANE K. VESCOVO
                                          UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02661 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Bradley W. Flippen
OFFICE OF ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202

Anthony Forster
RIVERBEND MAXIMUM SECURITY INSTITUTION
126254
7475 Cockrill Bend Road
Nashville, TN 37209

Honorable Bernice Donald
US DISTRICT COURT