UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31  PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANTHONY FORSTER,

        Plaintiff,

v.                                      No. 04-2661-DV

BOBBY REYNOLDS, et al.

        Defendants.

ORDER DENYING MOTION FOR CONTINUANCE OF
SCHEDULING CONFERENCE AS MOOT

Before the court is the pro se plaintiff's Motion Requesting a Continuance of the Rule 16(b) Scheduling Conference set August 25, 2005. On July 26, 2005, notice was sent to the parties that a scheduling conference would be held on August 25, 2005. In reviewing the file for the conference, it was discovered that the plaintiff was incarcerated in Nashville. Scheduling conferences are not held in cases filed by pro se prisoner plaintiffs. Instead, the court chooses deadline dates and enters a scheduling order to govern the case. The Scheduling Order was entered August 23, 2005, and the conference was canceled. Therefore the Motion for a Continuance is denied as moot.

It is SO ORDERED this 31st day of August, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02661 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Anthony Forster
RIVERBEND MAXIMUM SECURITY INSTITUTION
126254
7475 Cockrill Bend Road
Nashville, TN 37209

Bradley W. Flippen
OFFICE OF ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202

Honorable Bernice Donald
US DISTRICT COURT